Judge: Samuel J. Steiner
Chapter: 13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

JEFF PRATT AND
DOREE PRATT

IN CHAPTER 13 PROCEEDING
NO. 10-21807

EX PARTE ORDER DISMISSING CASE FOR
FAILURE TO TIMELY FILE SCHEDULES,
STATEMENTS, PLAN OR LISTS

THIS MATTER comes before this Court pursuant to Interim Local Bankruptcy Rule 1017-2(b) upon the Chapter 13 Trustee's *ex parte* Application for an Order Dismissing Case for Failure to Timely File Schedules, Statements, Plan and/or Lists. The debtors having received notice of dismissal for failure to timely file required schedules, statements or lists, the Trustee having received no written objection, and the Court being otherwise fully advisedin the premises, now, therefore, it is hereby

ORDERED that this case is dismissed.

Dated: November 15, 2010

_____
Samuel J. Steiner, Judge

Presented by:

/s/ *K. Michael Fitzgerald*
K. Michael Fitzgerald, WSBA #8115
Chapter 13 Trustee

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle, WA 98101
(206) 624-5124 Fax:(206) 624-5282
www.seattlech13.com

CM042

EX PARTE ORDER DISMISSING CASE